**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON                                          MAXSEN CHAMPION
STAFF ATTORNEY                                              STAFF ATTORNEY

October 6, 2011

Clerk Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, NY 13501

RE:    05-71977 McFarland

Dear Clerk:                                  10/11/11     mo

Enclosed please find check #839016 in the amount of $71.95. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No. 005

   Acct#          Name       Beacon Services
                  Address    PO Box 4597
                  Address    Timonium, MD  21094

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

*Kristie M Moore*

Kristie M. Moore
Account Clerk

Enc.

Receipt # 61100458

RECEIVED 2011 OCT 11 AM 11:11 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA

FILED OCT 11 2011 OFFICE OF THE BANKRUPTCY CLERK UTICA, NY